UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| WANDA CAROLYN BOLEN, ) | BANKRUPTCY |
| ) | CASE NO. 06-69023-JEM |
| Debtor. ) | |
| _____ ) | |

**NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT**

COMES NOW JANET G. WATTS, Chapter 7 Trustee, and, pursuant to 11 U.S.C. §347 and FRBP 3011, hereby pays the sum of $3,288.57 into the registry of the court. Said sum represents the amount of checks unpaid after 90 days. A summary of the payees and amounts follows:

| Payee and Address | Check No. | Amount |
|---|---|---|
| Wanda Carolyn Bolen<br>735 Kibbe Circle<br>Lawrenceville, GA 30044 | 107 | $3,288.57 |
| Wanda Carolyn Bolen<br>442 Marilu Street<br>Richardson, TX 75080-4532 | | |
| TOTAL UNCLAIMED FUNDS<br>CHECK NO. 109 ENCLOSED | | $3,288.57<br>$3,288.57 |

Respectfully submitted this 18th day of October, 2009.

600 Glynn Street North, Suite C         /s/ Janet G. Watts
Fayetteville, GA 30214                  _____
(770) 461-1320                          JANET G. WATTS, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

    I, Janet G. Watts, certify that I am over the age of 18 and that on October 18, 2009, I served a copy of the foregoing Notice of Payment into the Registry of the Court by placing same in the United States mail, first class, adequate postage prepaid, addressed as follows: Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303.

This the 18th day of October, 2009.

/s/ Janet G. Watts
_____
JANET G. WATTS